UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBION AUTOMOTIVE, LTD.,

    Plaintiff,

v.                                    Case No. 03-CV-73421-DT

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

    Defendant.
                                          /

## JUDGMENT

In accordance with the court's June   10  , 2005 "Findings and Conclusions,"

IT IS ORDERED that Judgment is entered in favor of Defendant American International Specialty Lines Insurance Company and against Plaintiff Albion Automotive, LTD.  Dated at Detroit, Michigan, this 10   day of June, 2005.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT


                                       BY:__s/Lisa Teets_____
                                          Lisa Teets, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland

S:\Cleland\DEM\Judgments\03-73421.ALBION.judgment.wpd